In the Matter of the Judicial Settlement of the Account of ROBERT C. REEVES, as Executor, etc.

(Submitted June 10, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 13, 1890, which affirmed an order of the surrogate of the city and county of New York directing Robert C. Reeves, as executor, to account.

*Henry W. Bates* for appellant.

*H. J. Morris* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed. _____